

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-12-00066-CR

**EX PARTE** Patricia Foster **SKELTON**

From the 38th Judicial District Court, Real County, Texas
Trial Court No. 2011-2993-DC
Honorable Camile G. Dubose, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE MARTINEZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the appellant's motion for rehearing is GRANTED and the habeas court's order of December 11, 2011, denying habeas relief is REVERSED. We GRANT HABEAS RELIEF and VACATE the judgment in cause number 2004-0934-DR from the 38th Judicial District Court of Real County, Texas.

SIGNED May 28, 2014.

_____
Luz Elena D. Chapa, Justice